893 F.2d 1084w
 LAWYERS TITLE INSURANCE CORPORATION, a Virginia corporation,
Plaintiff-Appellee,
v.
HONOLULU FEDERAL SAVINGS AND LOAN ASSOCIATION, a federal
savings and loan association, Defendant-Appellant.
 No. 88-15155.
 United States Court of Appeals,
Ninth Circuit.
 Argued and Submitted Sept. 13, 1989.
Decided Jan. 11, 1990.
 
 1
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION. SEE 900 F.2d 159. SEE ALSO 893 F.2d 288 FOR AMENDED OPINION.